NUMBERS

 13-05-502-CV 

 13-06-002-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________

 

LARRY COLLUMNS, ET AL.,                                     Appellants,

 

                                           v.

 

WEIL
McLAIN,                                                          Appellee.

_______________________________________________________

 

                 On appeal from the 319th
 District Court

                           of Nueces
County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellants, LARRY COLLUMNS, ET AL., perfected an appeal from a judgment entered
by the 319th District Court of Nueces County,
Texas, in cause number 02-05230-G.  After the notice of appeal was filed,
appellants filed a motion to dismiss the appeal as to appellee, WEIL
McLAIN.  Appellants request that this
Court dismiss their appeal against appellee, WEIL McLAIN.  Appellants= appeal against appellee, WEIL
McLAIN, is severed from the original appeal and is docketed under cause number
13-06-002-CV.

Having considered
appellants= motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion should
be granted.  The motion to dismiss
appellants= appeal against appellee, WEIL McLAIN, is hereby granted.  The appeal against appellee, WEIL
McLAIN, in cause number 13-06-002-CV is ordered DISMISSED.  The remaining issues in the appeal will
remain docketed under cause number 13-05-502-CV.

 

PER CURIAM

 

Memorandum Opinion delivered and 

filed this the 12th day of
January, 2006.